## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JOSEPH TOEWS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-02068-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of DEFENDANT_____, IT IS ORDERED that a detention hearing is set for APRIL 16_____, 2026_____, at 11:00_____ ☒a.m. / ☐p.m. before the Honorable ROZELLA A. OLIVER_____, in Courtroom 790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/14/2026_____

_R. Ql_____
U.S. Magistrate Judge

---