## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-02068-DUTY |
| JOSEPH TOEWS | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _the Court_____ , IT IS ORDERED that a detention hearing
is set for _April 21_____ , _2026_____ , at _11:30_____ ☒a.m. / ☐p.m. before the
Honorable _____ , in Courtroom _790_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: _4-16-2026_____        _____Ryella a. Ol_____
                                 U.S. ~~District Judge~~/Magistrate Judge