TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney &
Chief, Criminal Division
CLIFFORD D. MPARE (Cal. Bar No. 337818)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4962
    Facsimile: (213) 894-0141
    E-mail:   clifford.mpare@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:26-MJ-02068-DUTY |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT AND FINDINGS RE EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT |
| JOSEPH TOEWS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Clifford D. Mpare, and defendant JOSEPH TOEWS ("defendant"), by and through his counsel of record, Edward M. Robinson, hereby stipulate as follows:

1. Defendant was charged by complaint for a violation of 18 U.S.C. § 2251(a) (Production of Child Pornography) on April 8, 2026, and self-surrendered on April 13, 2026. Defendant has waived his preliminary hearing. Thus, the Speedy Trial Act, 18 U.S.C. § 3161(b)

required that an information or indictment be filed within 30 days of defendant's arrest, i.e., on or before May 13, 2026.

2.   On May 13, 2026, accordingly, the government filed an information.

3.   By this stipulation, the parties jointly move to continue the post-indictment/information arraignment to June 3, 2026 at 11:30 a.m. before the duty magistrate judge.  The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act.

4.   The parties agree and stipulate, and request that the court find that the ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because, among other things, defense counsel is seeking additional time to conduct pre-indictment investigation and legal research, and then confer with her client regarding this matter.

5.   Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of the date of this order through June 3, 2026, is excludable pursuant to 18 U.S.C. § 3161(h) because the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

6.   The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a

2

finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

    IT IS SO STIPULATED.

Dated: May 15, 2026                 Respectfully submitted,

                                    TODD BLANCHE
                                    Acting Attorney General

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    JENNIFER L. WAIER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    _____
                                    CLIFFORD D. MPARE
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

Dated: May 15, 2026

                                      /s/ (with permission) *
                                    _____
                                    EDWARD M. ROBINSON
                                    Deputy Federal Public Defender

                                    Attorney for Defendant
                                    CINDY ALGAE MOLINA

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3